LORETTA E. LYNCH
United States Attorney General

BRIAN J. STRETCH
United States Attorney for the
Northern District of California

THOMAS NEWMAN
Special Attorney to the United States Attorney General

GREGORY BERNSTEIN
CHARLES A. O'REILLY
Trial Attorneys, Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061

Attorneys for the Plaintiff
United States of America

**FILED**
JUL 28 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALENA ALEYKINA, <br><br> Defendant. | CASE NO. 2:16-CR-0142 JAM <br><br> VIOLATION: 18 U.S.C. § 641 —THEFT OF PUBLIC MONEY <br><br> **SEALED** |

INDICTMENT

The Grand Jury charges that:

On or about August 15, 2011, in the Eastern District of California and elsewhere,

ALENA ALEYKINA,

defendant herein, knowingly embezzled, stole, purloined, and converted to her use, public money in an amount exceeding $1,000, by fraudulently causing the Internal Revenue Service (IRS), an agency of the United States, to issue IRS Tuition Assistance Reimbursement payments to her, knowing that she was

INDICTMENT                                              1

not entitled to this money.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

**/s/ Signature on file w/AUSA**

FOREPERSON

LORETTA E. LYNCH
United States Attorney General

BRIAN J. STRETCH
United States Attorney, Northern District of California

PHILIP A. GUENTERT
Deputy Chief, Criminal Division
Northern District of California

Approved as to Form

THOMAS NEWMAN
Special Attorney to the United States Attorney General
United States Attorney's Office
Northern District of California

INDICTMENT 2

## United States v. Alena Aleykina

### Penalties for Indictment

Defendant

ALENA ALEYKINA          2:16 - CR - 0 1 4 2 JAM

VIOLATION:    18 U.S.C. § 641 – Theft of United States money

PENALTIES:    Not more than ten years' imprisonment,
              $250,000 fine, or both; costs of prosecution;
              Not more than a three year term of supervised release.

SPECIAL
ASSESSMENT:   Mandatory $100 special assessment.

**SEALED**

No. 2:16-CR-0142 JAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

ALENA ALEYKINA

INDICTMENT

**VIOLATION:** 18 U.S.C. § 641 – Theft of Public Money or Property

*A true bill,*

_____/s/ **Signature on file w/AUSA**_____
*Foreman.*

Filed in open court this __28th__ day
of __July__, A.D. 20__16__

_____
*Clerk.*

Bail, $ __Bench warrant – Alena Aleykina__

GPO 863 525

**SEALED**

14165804.1